STATE v. FRANKLIN

No. 544P00

Case below: 140 N.C. App. 387

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. FULLER

No. 295P00

Case below: 138 N.C. App. 481

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. HAITH

No. 421P00

Case below: 139 N.C. App. 207

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. HARRIS

No. 381P00

Case below: 139 N.C. App. 153

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. HARRIS

No. 514P00

Case below: 140 N.C. App. 208

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Motion by Attorney General to deny petition for discretionary review dismissed 20 December 2000.